IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNICORN CROWDFUNDING, INC.**<br><br>**Plaintiff,**<br><br>v.<br><br>**NEW STREET ENTERPRISE, INC. d/b/a SOCIAL FIX; OSSIAN VENTURES, INC.; and TERESA TATEOSSIAN,**<br><br>**Defendants.** | Case No.: 18-cv-10110 |

**NOTICE OF PLAINTIFF UNICORN CROWDFUNDING, INC.'S
MOTION FOR PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that plaintiff Unicorn Crowdfunding, Inc. ("Unicorn") upon the accompanying Memorandum of Law in support of its motion for a preliminary injunction against Defendants New Street Enterprise Inc. d/b/a Social Fix , Ossian Ventures, Inc, and Teresa Tateossian, ("Defendants"), the Declaration of Brian Bodik in support thereof, and all other papers filed in the above captioned action, hereby moves this Court, before the Honorable _____, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, on a date and at a time designated by the Court, for an Order, pursuant to Federal Rules of Civil Procedure 65, enjoining Defendants from using, displaying, or claiming ownership rights in and to the Unicorn trademark and from

otherwise tortuously interfering with and deceiving Unicorn's business affiliates during the pendency of this action.

Dated: October 31, 2018

JAYARAM LAW, INC.

By: /s/ Wendy Heilbut

Wendy Heilbut
142 West 57th Street, 11th Floor
New York, NY 10019
Phone: 646.596.1322
Email: wendy@jayaramlaw.com

Vivek Jayaram (Admitted to New York Bar, *pro hac vice* forthcoming)
125 S. Clark Street, Suite 1175
Chicago, IL 60603
Phone: 312-212-8676
Cell: 646-325-9855
Email: vivek@jayaramlaw.com