UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2018

UNICORN CROWDFUNDING, INC.,

                        Plaintiff,

-v-

NEW STREET ENTERPRISE, INC. d/b/a SOCIAL FIX; OSSIAN VENTURES, INC.; and TERESA TATEOSSIAN,

                        Defendants.

18 Civ. 10110 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received plaintiff's motion for a preliminary injunction, filed October 31, 2018. Dkt. 7. Electronic summons were issued as to defendants on November 1, 2018, and November 2, 2018. Dkts. 9, 10, 14. In light of the time sensitive nature of plaintiff's motion, the Court directs defendants to file any opposition to plaintiff's motion by November 16, 2018.

    SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 8, 2018
       New York, New York