UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNICORN CROWDFUNDING INC.,

                                   Plaintiff,

               -v-

NEW STREET ENTERPRISE, INC., d/b/a SOCIALFIX;
OSSIAN VENTURES, INC.; and TERESA TATEOSSIAN,

                                   Defendants.

18 Civ. 10110 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received the letter from plaintiff's counsel, Dkt. 60, seeking to appear telephonically for the pre-motion conference scheduled for December 17, 2019. On December 9, 2019, defendants filed a pre-motion letter in accordance with the Court's Individual Rule 3(H). Dkt. 58. Accordingly, plaintiff's response is due December 16, 2019.

Provided that plaintiff's counsel's letter response is received by **December 16, 2019 at noon**, the Court will permit counsel to participate by phone. However, if counsel has not submitted that letter, the Court will require counsel's in-person presence. The Court authorizes defense counsel to participate by phone if plaintiff's counsel is doing so. The Court directs plaintiff's counsel to circulate a dial-in number for the conference.

SO ORDERED.

Paul A. Engelmayer
Paul A. Engelmayer
United States District Judge

Dated: December 13, 2019
       New York, New York