UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNICORN CROWDFUNDING INC.,

        Plaintiff/Counterclaim Defendant,

-v-

NEW STREET ENTERPRISE, INC., d/b/a SOCIALFIX;
OSSIAN VENTURES, INC.; and TERESA TATEOSSIAN,

        Defendants/Counterclaimants.

-----------------

NEW STREET ENTERPRISE, INC., d/b/a SOCIALFIX;
OSSIAN VENTURES, INC.; and TERESA TATEOSSIAN,

        Third-Party Plaintiffs,

-v-

MICHAEL GELINAS and BRIAN BODIK,

        Third-Party Defendants.

18 Civ. 10110 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- Third-party defendants' answer and their letter confirming that they are bound to the existing discovery record in this case are due **December 20, 2019**.

- The parties' joint statement of stipulated facts is due **January 14, 2020**.

- Defendants' motion for partial summary judgment is due **February 11, 2020**.

- Plaintiff's opposition to defendants' motion and its cross-motion for partial summary judgment are due **March 11, 2020**.

- Defendants' opposition and reply are due **March 25, 2020**.

- Plaintiff's reply is due **April 8, 2020**.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: December 17, 2019
       New York, New York